ACCEPTED
01-14-01025-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/10/2015 4:33:53 PM
CHRISTOPHER PRINE
CLERK

# 01-14-01025-CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/10/2015 4:33:53 PM
CHRISTOPHER A. PRINE
Clerk

## In the

# First Court of Appeals

### SITTING AT HOUSTON

### ALI LAHIJANI and MEGA SHIPPING, LLC,

Appellants,

v.

### MELIFERA PARTNERS, LLC, MW REALTY GROUP, and MELISSA WALTERS

Appellees

### Appealed From the 157th District Court
### Harris County, Texas
### Trial Court Cause No. 2014-60091

### APPELLANTS' FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' REPLY BRIEF

### A. Introduction

1.     Appellants are Ali Lahijani and Mega Shipping, LLC; appellees are Melifera Partners, LLC, MW Realty Group, and Melissa Walters.

2.     This is an accelerated interlocutory appeal from the trial court's **December 12, 2014**, order denying defendants' motion to dismiss pursuant to TEX. CIV. PRAC. & REM. CODE § 27.

## B. Argument and Authorities

3.      If a motion for extension complies with Rule 10.5(b), the Court has authority to extend the time for a party to file a brief.  TEX. R. APP. P. 38.6(d).  The motion can be filed "before or after the date the brief is due." *Id*.

4.      This motion complies with TEX. R. APP. P. 10.5(b).

5.      To be entitled to an extension, appellants must state facts that reasonably explain the need for an extension.  TEX. R. APP. P. 10.5(b)(1)(C).  A "reasonable explanation" is "any plausible statement of circumstances" indicating the need for additional time.  *Cf.* ***Hone v. Hanafin***, 104 S.W.3d 884, 886 (Tex. 2003).

6.      No prior motions have been granted to extend the time to file appellants' reply brief.

7.      Appellants' reply brief was due on or before **July 9, 2015**.

8.      Appellants request an additional **30 days** to file their reply brief, extending the deadline to **August 8, 2015**.  Here is why.

9.     Appellants need additional time to prepare and file their reply brief because appellants' counsel has been engaged as lead counsel in the following urgent, important, or unforeseeable matters with inflexible deadlines that preempted completion of appellants' reply brief by the due date of **July 9, 2015**.  Specifically—

(i)     On June 18, 2015, appellants' counsel was stricken with an aggressive bronchitis that caused him to miss a total of 9 days of work between June 19, 2015, and July 8, 2015.  Counsel was under the treatment of Gordon Crofoot, M.D., who prescribed a codeine-based cough syrup as well as other medications, a non-narcotic cough suppressant, and a course of antibiotics.  The loss of work time caused counsel to fall behind in numerous legal matters, including this one.

(ii)    On June 21, 2015, appellants' counsel was retained to represent defendants Jacque Passino and Lone Pine Properties, Ltd., in Cause No. 11-CV-0697; ***Batson v. Maravilla Owners Association, et al***; in the 10th District Court of Galveston County, Texas.  ***Batson*** is a four-year-old case in which nine owners of a 127-unit condominium complex sue the owners' association, its attorney, its property manager, its insurance agent, the individual directors, and even other owners for claims arising from the destruction of a large part of the complex by fire in 2009.  The case is assigned to trial on July 13, 2015.

(iii)   On July 6, 2015, appellants' counsel attended the final pretrial conference in Cause No. 11-CV-0697; ***Batson v. Maravilla Owners Association, et al***; in the 10th District Court of Galveston County, Texas.

(iv)    On July 7, 2015, appellants' counsel attended the court-ordered mediation of Cause No. 11-CV-0697; ***Batson v. Maravilla Owners Association, et al***; in the 10th District Court of Galveston County, Texas.  The case did not settle.

(v) From July 7, 2015, to the date of the filing of this motion, appellants' counsel has been preparing for trial beginning on July 13, 2015, in Cause No. 11-CV-0697; *Batson v. Maravilla Owners Association, et al*; in the 10th District Court of Galveston County, Texas.

(vi) On July 9, 2015, appellants' counsel interviewed candidates for associate counsel to file a petition for writ of certiorari in the U.S. Supreme Court on behalf of petitioner in *Husky International Electronics, Inc. v. Ritz (In re Ritz)*; 787 F.3d 312, 2015 WL 3372812; (5th Cir. 2015). Jones Day was retained on July 10, 2015. The petition is due for filing on **August 20, 2015**.

(vii) Appellants' counsel is also lead counsel for appellants in a pending appeal under Cause No. 04-14-00899-CV; *Vasquez v. Legend Natural Gas, LLC*; In the San Antonio Court of Appeals; in which appellants' reply brief was due on July 10, 2015, and is—for the reasons stated above—incomplete. (A motion for extension of time to file appellants' reply brief in *Vasquez* was filed in the San Antonio Court of Appeals contemporaneously with this motion.)

13. For these reasons, appellants' counsel was unable to complete appellants' reply brief in the instant cause or file a motion for extension of time before the **July 9, 2015**, deadline.

### C. Prayer

14. For these reasons, appellants ask the Court to extend the time for filing appellants' reply brief for 30 days from **July 9, 2015**, until **August 8, 2015**. Appellants pray the Court for such other and further relief, at law or in equity, as to which they shall show themselves justly entitled.

Respectfully submitted,

**HANSZEN✦LAPORTE**

By: _____ /s/ Jeffrey L. Dorrell _____
Jeffrey L. Dorrell
State Bar No. 00787386
jdorrell@hanszenlaporte.com
11767 Katy Freeway, Suite 850
Houston, Texas 77079
Telephone: 713-522-9444
FAX: 713-524-2580
**ATTORNEYS FOR APPELLANTS**

## CERTIFICATE OF CONFERENCE

I hereby certify that on **July 9** and **10, 2015**, pursuant TEX. R. APP. P. 10.1(a)(5), my office notified appellees' attorney U. Lawrence Boze' by telephone and e-mail of their intent to file this motion for extension of time to file appellants' reply brief.  Appellees' counsel responded as indicated:

|  |  |
|---|---|
| __X__ | Advised that appellees were **OPPOSED** |
| _____ | Advised that appellees were NOT Opposed |
| _____ | Did not respond |


_____/s/ Jeffrey L. Dorrell_____
**JEFFREY L. DORRELL**

# CERTIFICATE OF SERVICE

I hereby certify that on ____7-10____, 2015, a true and correct copy of the foregoing was sent by:

    ____    Hand delivery
    ____    Certified mail
    ____    Telephonic document transfer
    __X__    E-service in accordance with TEX. R. APP. P. 9.5(b)

in accordance with TEX. R. APP. P. 9.5(c) to the following counsel of record:

U. Lawrence Boze'
U. Lawrence Boze' & Associates, P.C.
2212 Blodgett
Houston, Texas 77004
713-520-0260
**FAX: 713-520-6194**
**COUNSEL FOR APPELLEES MELIFERA PARTNERS, LLC,**
**MW REALTY GROUP, AND MELISSA WALTERS**


        /s/ Jeffrey L. Dorrell
_____

**JEFFREY L. DORRELL**